UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GRAND JURY N-15-3

FILED
2015 DEC 21 PM 1 37

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15CR232 (MPS) |
| v. | VIOLATIONS: |
| TED HAKEY, JR., | Title 18, U.S.C., Section 247(a)(1) & (d)(3) (Damage to Religious Property) |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE

1. At all times relevant to this Indictment, the Baitul Aman Mosque, which is the only Ahmadiyya Mosque in Connecticut, was located in Meriden, Connecticut, and was a religious place of worship.

2. The Baitul Aman Mosque belongs to a national organization of Ahmadiyya Muslims headquartered in Silver Spring, Maryland. The Baitul Aman Mosque is funded primarily with donations from members, which are then sent to the Ahmadiyya Muslim Community, USA, national office in Silver Spring, Maryland. The national office operates a website, which in turn has an online bookstore, through which books can be purchased and shipped, and a job portal.

3. The national office in Silver Spring, Maryland, is responsible for paying operational expenses of the Baitul Aman Mosque, including utilities

payments, from donations received from members of the Baitul Aman Mosque and proceeds from the bookstore, among other sources. The Maryland national office also pays the salary for the Imam, who travels from Rochester, New York, to the Baitul Aman Mosque to lead prayers in the Baitul Aman Mosque. The Baitul Aman Mosque regularly has worshippers who travel from outside of Connecticut.

4. On or about November 14, 2015, in the District of Connecticut, the defendant TED HAKEY, JR. ("HAKEY"), using a dangerous weapon, intentionally defaced, damaged, and destroyed religious real property, and attempted to do so, to wit, HAKEY used a high powered rifle to discharge several rounds at the Baitul Aman Mosque building in Meriden, Connecticut, and did so because of the religious character of that property, in and affecting interstate and foreign commerce.

5. The dangerous weapon utilized by defendant HAKEY was manufactured in Illinois and traveled in interstate commerce prior to being used in the offense. The ammunition utilized by defendant HAKEY was manufactured in Taiwan and traveled in foreign commerce prior to being used in the offense.

In violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

A TRUE BILL

/s/
------
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

RAYMOND F. MILLER
ASSISTANT U.S. ATTORNEY

SARALA V. NAGALA
ASSISTANT U.S. ATTORNEY