IN THE FEDERAL COURT OF NEW HAVEN COUNTY, CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO.   3:2015-mj-00228 |
| | : | |
| TED HAKEY, JR. | : | |

## MOTION FOR CONTINUANCE

Comes now Ted Hakey, Jr., by and through his attorney, and files this his Motion for Continuance and would show unto the Court the following:

1. That on Monday, the 21st day of this month, the accused, Mr. Ted Hakey did appear before your honor for a prior scheduled detention hearing

2. That the defense did request a continuance for such hearing based on several factors as stated on the record.

3. That the Court did grant requested continuance till December 28 2015. However defendant is requesting additional time beyond the 21st day of December and respectfully requests January 4, 2015 for the following compelling reasons listed below but not limited to;

   a. Undersigned counsel's assistant received discovery late Friday the 18th of this month;

   b. That on the above mentioned date your Honor did set a date for continuance of Monday December 28, 2015;

   c. That as stated on the record of January 21st, additional (expert) counsel is to join the undersigned in defense of the defendant due to the complexity and very sensitive nature of this case;

  d. That said expert counsel has yet the opportunity to review received discovery;

  e. That a CD/DVD disk provided to undersigned counsel with additional discovery contained therein, this counsel cannot open all files and does need a replacement;

  f. That both counsel' in the above matter need a reasonable amount of additional time to review said discovery for proper preparation of said detention hearing;

  g. That the prosecuting authority does not object to this request.

4. Undersigned counsel is aware That under Title 18 of the U.S. Code § *3142 "The [detention] hearing shall be Held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the Government seeks a continuance. Except for good cause, a continuance on motion of such person may not exceed five days (not including any intermediate Saturday, Sunday, or legal holiday), and a continuance on motion of the attorney for the Government may not exceed three days..."*

5. That undersigned counsel did in fact discuss the above with Defendant, Mr. Ted Hakey and does waive his right to be heard on this matter within the five day statutory period.

**WHEREFOR,**

For the above compelling reasons, specifically for additional counsel to have reasonable time to review and discuss said discovery and all other reasons mentioned above,

including "in the interest of justice"; the undersigned believes good cause does exist for requested continuance and respectfully request this motion for continuance be granted.

Respectfully Submitted,
TED HAKEY, DEFENDANT

_____
Jeffrey B. Cohen, Esq.
Bar No. ct27073
3000 Whitney Avenue
Suite 208
Hamden, CT 06518
Jbc.esq@comcast.net
Tel: (866) 239-1359
Fax: (866) 239-1359

## CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2015, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Jeffrey B. Cohen, Esq.

United States Attorney Miller
District of Connecticut
Connecticut Financial Center
157 Church Street
25th Floor
New Haven, CT 06510

United States District Court
District of Connecticut
Clerks Office
141 Church Street
New Haven, CT 06510

John Walkley, Esq.
Law Offices of John T. Walkley
61 Cherry St
Milford, CT 06460
(203) 882-8214