# CRIMINAL CALENDAR

**The following CRIMINAL CASE will be presented by the United States of America, in the United States Courthouse, 450 Main Street, Hartford, Connecticut, before the Honorable Michael P. Shea, United States District Judge, on Thursday, February 11, 2016, at 3:30 p.m.**

                                         **AUSA Sarala V. Nagala /Ray Miller**
                                                   **Change of Plea**

UNITED STATES                      **Docket No.  3:15CR232(MPS)**

    v.                             COUNT ONE:
                                   18 U.S.C. § 247
TED HAKEY, JR.                     (Damage to Religious Property)
John T. Walkley, Esq.
Jeffrey Cohen, Esq.                MAXIMUM PENALTIES:
                                   Imprisonment: 20 Years
                                   Fine: $250,000
                                   Supervised Release: 3 Years
                                   Special Assessment: $100.00


TO:    Honorable Michael P. Shea, United States District Judge

cc:    U.S. Attorney's Office
       Clerk's Office – Hartford
       U.S. Marshals Service – Hartford
       U.S. Probation Office - New Haven
       SA Jeffrey D. Waterman, FBI - via email
       Jeffrey Cohen, Esq. - via email
       John T. Walkley, Esq. – via email