Criminal Std (6/13/2012)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson      RPTR/ECRO/TAPE Marshall
USPO _____          INTERPRETER _____

TOTAL TIME: ____ hours 12 minutes

DATE: Feb 1, 2016    START TIME: 10:02    END TIME: 10:14

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. 3:15cr232(MPS)   DEFT # _____

UNITED STATES OF AMERICA
vs
TED HAKEY, JR.

Miller / Nagala
AUSA

Walkely / Cohen
Counsel for Defendant Ret ☒ CJA ☐ PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ....... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ....... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ....... Order Appointing Federal Public Defender's Office filed
- ☐ ....... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ....... Appearance of _____ filed
- ☐ ....... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ....... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ....... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ....... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ....... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ....... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ ....... Petition to Enter Guilty Plea filed
- ☐ ....... Defendant motions due _____ ; Government responses due _____
- ☐ ....... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☐ ....... Jury Selection set for _____ at _____
- ☐ ....... Remaining Count(s) to be dismissed at sentencing
- ☐ ....... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ....... Special Assessment of $_____ on count(s) _____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ....... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Order of Detention filed
- ☐ ....... Deft ordered removed/committed to originating /another District of _____
- ☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ....... Waiver of Rule 5 Hearing filed
- ☐ ....... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ....... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ....... Defendant detained
- ☐ ....... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ....... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings