UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

vs.                                                           Case No. 3:15CR-232 (MPS)

TED HAKEY, JR.,                                        May 18, 2016

        Defendant

-------------------------------------------------------x

## MOTION TO MODIFY CONDITIONS OF RELEASE

      Defendant Ted Hakey, Jr., in the above-captioned criminal matter, respectfully moves the Court hereby, through counsel, to modify the current condition of defendant's release so that he may pursue his efforts toward rehabilitation while on pretrial release. In support, defendant provides as follows:

      1.    Defendant was arrested and subsequently released on bond with conditions on January 4, 2016. Among those conditions, defendant was to engage in scheduled alcohol and addiction classes and counseling through the APT Foundation in New Haven. Defendant would like to attend an extra two hours of classes provided by the APT Foundation on those days that defendant is currently scheduled. Defendant asserts that these extra hours of instruction and counseling will add additional structure to

his treatment and recovery from his alcohol dependence and assist defendant in recovery efforts going forward.

2.  Further, defendant respectfully moves the Court to permit defendant to attend organized meetings of Alcoholics Anonymous (AA) he has located in the organization's meeting book on Friday evenings at 8:30 p.m.  Defendant has attended meetings at this location in the past and has assisted by cleaning up at the end of the meeting.  Again, defendant's efforts in attending regular AA meetings is in furtherance of his ultimate rehabilitation in this case.

3.  Finally, defendant respectfully moves the Court to modify the conditions of his pretrial release that require that he remain inside of his home unless otherwise permitted to travel by the Pretrial Services Office.  Now that the spring and summer seasons are upon us, defendant respectfully requests that he be allowed to be outside his home to mow the lawn and work on a retaining wall that surrounds his property.  Defendant asserts that this minor modification does not alter in any significant way the intent or purpose of the restrictions on his movement or the spirit of the Court's original order in this case.

4.  Based upon this request, defendant respectfully moves that the Court grant this motion and permit his conditions to modified as requested.  In seeking this modification, defendant provides that any future modifications would be submitted to the Court for approval and, if required, a new motion would be filed.

WHEREFORE, defendant respectfully moves that this motion be granted as outlined above.

                DEFENDANT, TED HAKEY, JR.

By: _____/s/_____
    Jeffrey B. Cohen
    3000 Whitney Avenue, Suite 208
    Hamden, Connecticut 06518
    Telephone (866) 239-1359
    Facsimile (475) 441-7914
    Email Address: jbc.esq@comcast.net
    Fed. Bar No. ct27073

    John T. Walkley
    Formerly with offices at:
    61 Cherry Street
    Milford, Connecticut
    Telephone (203) 882-8214
    Facsimile (203) 882-8217
    Email Address: litigater2@aol.com
    Fed. Bar No. ct04341

    His Attorneys

## **CERTIFICATION**

I hereby certify that on May 18, 2016, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Jeffrey B. Cohen