**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 3:15cr232 (MPS)** |
| | : | |
| **v.** | : | |
| | : | |
| **TED HAKEY, Jr.** | : | **May 31, 2016** |
| | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING[1]

On November 14, 2015 -- fueled by hatred and ignorance -- the defendant Ted Hakey, Jr. stood in his side yard and fired multiple rounds from a high-powered rifle at the Baitul Aman "House of Peace" Mosque in Meriden, Connecticut, which was next door to his house. Four of the bullets struck the mosque and three penetrated the building. Trajectory analysis revealed one round travelled through the first exterior wall, through both the men's and women's prayer areas of the mosque, and then exited the second exterior wall of the mosque. The bullet appears to have travelled a just few feet off the ground, jeopardizing the safety of anyone who could have been inside at the time.

The defendant's actions took place on the night of the Paris terrorist attacks and were one of many anti-Muslim backlash incidents that took place around the country in the days following those attacks and others in San Bernardino, California. Despite that the defendant's crime was among the most serious of the hate crimes charged in the wake of these terrorist attacks, the response of the Baitul Aman mosque has been extraordinary. In amazing series of events after the defendant was arrested, the victims reached out to both the defendant and the community at large to promote healing, understanding, and education about Islam. The defendant was

---

[1] As of this date, the defendant has not filed his sentencing memo. The government respectfully reserves the right to respond to the defendant's filing.

receptive to these remarkable and sincere efforts.  For the reasons set forth below, all of these factors should be considered in determining an appropriate term of incarceration that emphasizes the need for general deterrence of crimes like Hakey's.

## Procedural Background

On December 18, 2015, the defendant was arrested on a federal criminal complaint charging him with destruction of religious property, in violation of 18 U.S.C. Section 247, a federal hate crime.  He was initially detained.

On December 21, 2015, the defendant was indicted by a grand jury and charged with destruction of religious property, in violation of 18 U.S.C. Section 247.

On January 4, 2015, the defendant was released on bond.  Upon information and belief, he has been compliant with the conditions of his bond, which were modified on two occasions to allow him to meet with the victims in this case.

## The Plea Agreement and the Presentence Report

The PSR concluded that the defendant's base offense level under U.S.S.G. § 2H1.1 is 10. The base offense level is increased by three levels under U.S.S.G. Section 3A1.1 because the defendant intentionally selected the Baitul Aman Mosque in Meriden, Connecticut, as the object of the offense of conviction because of the religion of individuals who worship there. Two levels are subtracted under U.S.S.G. § 3E1.1 for acceptance of responsibility, as noted above, resulting in a total offense level of 11.

The PSR concluded that a total offense level 11,with Criminal History Category I, results in a range of 8 to 14 months of imprisonment (sentencing table) and a fine range of $4,000 to $40,000, U.S.S.G. § 5E1.2(c)(3).  The defendant is also subject to a supervised release term of

one year to three years.  U.S.S.G. § 5D1.2.  PSR ¶¶ 82-90.  This application of the Sentencing

Guidelines and the resulting incarceration range mirrors the parties' estimate in the plea

agreement.  Both parties reserved their rights to seek either a departure or a non-Guidelines

sentence.

**Offense Conduct**

On November 13, 2015, multiple terrorist attacks occurred in Paris, France.  Starting in

the late afternoon or early evening of November 13 (Eastern Standard Time), national news

organizations began widespread reporting of these attacks and indicated that a radical Muslim

organization claimed credit for these crimes that resulted in the deaths of 130 people.

That evening the defendant went to a bar in Wallingford, Connecticut.  He learned of the

Paris attacks on his way to the bar by communicating with a friend through Facebook's instant

messaging service.  The individual told Hakey, at approximately 8:20 p.m.:  "Read the news. @

least 40 people have been killed in 7 staged attacks in Paris."  Four minutes later, at 8:24 p.m.

EST., HAKEY posted the following comment to his Facebook page.[2]

> **Time** 2015-11-14 01:24:08 UTC
> **Story** Ted Hakey Jr updated his status.
> **Message** What is gonna be the breaking point to go "weapons free" against Islam.

The defendant went to the bar, where he reports that he consumed approximately ten

alcoholic drinks.  He left the bar and drove home to Meriden without incident.  He opened his

gun safe, selected a handgun and a high-powered rifle, and went to his side yard.  According to

the defendant, he discharged multiple rounds from the handgun and then proceeded to fire the

---

[2] Hakey is a former Marine and the term "weapons free" is a military term that can denote a command to fire at will.

rifle, a .308, multiple times. This rifle is a high-powered firearm with a high muzzle velocity and a range in excess of 500 yards. Hakey hit the mosque at least four times. Three of the bullets penetrated the exterior walls, entered the building, and thereafter penetrated either interior walls or the ceiling. One of the bullets passed through the prayer area at about waist level before exiting through an exterior wall. Agents recovered a bullet from the kitchen area; a second bullet was lodged in the ceiling and has not been recovered.

After shooting at the mosque, Hakey went to bed.

In the morning, the defendant exchanged a series of text messages with an individual:

| | |
|---|---|
| Hakey: | "Somebody let lose a bunch of rounds or maybe fireworks last night at that Muslim place next to My house. Cops were there Looking around." |
| Individual: | "No way!" |
| Individual: | "That's fucking hilarious" |
| Hakey: | "If the Muslims attack over here again it's over for them !!!! Americans will snap and play Cowboys and Muslims ! It will get ugly I think that's why they have not done anything" |
| Individual: | "There choosing there (sic.) battles" |
| Hakey: | "Yup" |

On the evening of November 15, 2015, two members went there to the mosque with their children to worship. They entered the prayer area and noticed a problem with the wall and dust on the floor, which appeared to have come from the ceiling. Upon further investigation, they saw that the ceiling panel had a hole, as did the wall near the prayer area. They also found a bullet on the floor in the kitchen area adjoining the prayer area. They called the Meriden Police Department.

4

**Search of Hakey's Residence**

On November 16, 2015, a federal search warrant was executed at the defendant's residence. Agents discovered 24 guns, most of which were kept in a locked gun safe in the house. These weapons included several high-powered rifles. All of the guns were legally registered to either the defendant or his wife. Additionally, over one thousand rounds of ammunition and a bulletproof vest were also seized. In the attic, investigators found a chair positioned in front of an attic window that afforded a view of the mosque next to the defendant's residence. During execution of the search warrant, investigators also observed paraphernalia associated with the Hell's Angels Motorcycle Club and found some marijuana that had been grown on the property. Additionally, in the side yard, the agents found shell casings from both a 9mm handgun and a high-powered rifle.

After the search, the defendant and his attorney met with the government. The defendant admitted to discharging the firearms, but claimed that he did not fire at the mosque, had not learned about the Paris attacks until the following morning, and did not harbor any animus towards either Muslims or Islam. All of these statements were later shown to be false.

**Search of the Defendant's Phones and Electronic Media**

Agents examined the defendant's telephone and social media, which were replete with evidence suggesting that the defendant held strong negative feelings towards both Muslims and the Islamic faith. These statements are set forth in detail in the PSR and some are detailed below:

- On July 16, 2015, an extremist opened fire on two military installations in Chattanooga, Tennessee, killing four U.S. marines and one Navy sailor. A

5

deleted text message from Hakey's phone dated July 17, 2015, which appears to have been sent from Hakey to an unknown recipient, states: "I want to take the Jewzi![3] And unload on Muslims ! I'm in a target rich environment ......".

- The phone also contained an image of a bearded man with a rifle scope's crosshairs superimposed on the face and the text "Fuck Islam" written on the bottom of the photo.

The following are screen shots of posts made in HAKEY's Facebook account, in chronological order:

**Time** 2014-01-02 02:23:26 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on his own video. `I hate Muslims`
**Object Id** 10202905705713238

**Time** 2014-03-20 08:19:14 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a status. `They will not care !!! These fucks will strap explosives onto their children. What might work is to desecrate the muslim religion. Burn their local mosque to the ground, defile the land with pig blood. Put up billboards of muhammad getting ass raped by satan.`
**Object Id** 10203500225971546

**Time** 2014-04-12 08:21:19 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on his own photo. `Coexist with Muslims , impossible !!!`
**Object Id** 10203642651216415

**Time** 2014-09-23 14:53:46 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on his own status. `Sal will it help ? Or cause more Muslims to join the radicals? The only solution is to wipe Islam off the face of the earth !`
**Object Id** 10204964587343992

---

[3] Hakey admitted to using the term "Jewzi" to refer to an Uzi rifle.

```
Time  2014-09-27 02:31:14 UTC
Type  Comments
Summary  Ted Hakey Jr commented on a link. `They are gonna cross the point of no return, and
         all the Muslim hang outs will burn.`
Object Id  785116764859895


Time  2014-10-04 00:52:55 UTC
Type  Comments
Summary  Ted Hakey Jr commented on a link. `If that happens we should throw all the Muslims
         in this country into fema camps`
Object Id  10152828431919497
```

The following exchange occurred between Hakey and another individual on or about

January 10, 2015. The attacks on the Charlie Hebdo magazine in Paris, France, occurred on

January 7, 2015.

```
Author  Ted Hakey Jr (1520562919)
  Sent  2015-01-10 19:33:42 UTC
    IP  32.211.10.85
Deleted  false
  Body  My Law enforcement friend said the Muslim radical s are plotting attacks. One or two
        gunmen. With ak -47s gonna hit schools and malls.


Author  Ted Hakey Jr (1520562919)
  Sent  2015-01-10 19:35:35 UTC
Deleted  false
  Body  When the armed white boys snap. It's not going to be pretty


Author  Ted Hakey Jr (1520562919)
  Sent  2015-01-10 19:36:11 UTC
Deleted  false
  Body  I have a mosque right next door !!


Author  Ted Hakey Jr (1520562919)
  Sent  2015-01-10 19:36:36 UTC
Deleted  false
  Body  They are never there ,but all the sudden it has been packed
```

The person with whom Hakey was conversing then said: "Radicals ruin it for everyone."

Hakey responded with the following comments:

7

**Author** Ted Hakey Jr (1520562919)
  **Sent** 2015-01-10 19:37:17 UTC
**Deleted** false
  **Body** I observe them with my binos. Way too many military aged males.

**Author**
       Ted Hakey Jr (1520562919)
  **Sent** 2015-01-10 19:37:29 UTC
**Deleted** false
  **Body** Some days it's ALL MEN !!

**Author** Ted Hakey Jr (1520562919)
  **Sent** 2015-01-10 19:37:50 UTC
**Deleted** false
  **Body** All Muslims must die !!!i hate them all

**Author** Ted Hakey Jr (1520562919)
  **Sent** 2015-01-10 19:39:17 UTC
**Deleted** false
  **Body** They are going to hit a tipping point and are going to have to go underground

**Author** Ted Hakey Jr (1520562919)
  **Sent** 2015-01-10 19:39:50 UTC
**Deleted** false
  **Body** The next big attack on our country and its over for them !!

As the conversation continued, the person with whom Hakey was conversing said:

"Sadly there are lots of Musli[m]s that are not radical, but they are guilty by association." Hakey

responded as follows:

**Author** Ted Hakey Jr (1520562919)
  **Sent** 2015-01-10 19:40:39 UTC
**Deleted** false
  **Body** They all support the radicals !!
       It's not In the Koran to live and let live

Additionally, these posts were discovered by law enforcement:

8

**Time** 2015-07-07 12:32:04 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a status. `I can't say I care if we do. Why should we give up American lives for ungrateful people. Let the people over there handle their own problems. If they start to attack us over here then we get nasty. They are Muslims, Very easy to find. They don't blend in well. Meet every Isil attack here with much more brutal one. They set off a pressure cooker Bomb. Then pick 5 different mosques and kill everyone inside. Make them police Their own. We must hunt down and kill radical Islam on our soil      Problem is the ring leader is our president!`
**Object Id** 10205670161290869

The following series of posts took place after media reports of the shooting of a U.S.

Marines recruiting center and a U.S. Navy Reserve center in Chattanooga, Tennessee, on July

16, 2015.

**Time** 2015-07-16 20:19:13 UTC
**Story** Ted Hakey Jr updated his status.
**Message** If you are Muslim  Fuck you ! I hate you !

**User** Ted Hakey Jr (1520562919)
**Text** Fuck Islam  And most of all fuck Allah !
**Time** 2015-07-16 20:23:38 UTC

**Time** 2015-07-16 20:37:35 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a photo. `If we all kill just 1 Muslim each tonight it will make a dent !`
**Object Id** 10205179725312556

**User** Ted Hakey Jr (1520562919)
**Text** Yes 4 Marines were killed in Chattanooga Tennessee by a goat fucker
**Time** 2015-07-16 20:40:12 UTC

**Time** 2015-07-16 21:02:50 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a link. `Is Muslim season open yet ? I'm in a target rich environment!`
**Object Id** 999324216767773

**Time** 2015-07-16 21:04:39 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a status. `I think Muslim season is gonna open soon !`
**Object Id** 912530315479584

**Time** 2015-07-17 00:16:47 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a photo. `The war against Islam has started !`
**Object Id** 10155889545245046

**Time** 2015-07-17 03:02:38 UTC
**Story** Ted Hakey Jr updated his status.
**Message** Can we get all the Muslims in this country into FEMA camps for some classes and behavioral modifications?

**Time** 2015-07-17 14:04:59 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a video. `Well I'm glad all the phone tapping the NSA did paid off. NOT! Let's start the war on Islam now !`
**Object Id** 10153246100445238

**Time** 2015-07-18 16:32:32 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a status. `We are at war with Islam. They are bringing the fight to the mainland. Arm your self and be watchful. Stay clear of ALL gun free zones, they are not stupid and gun free zones are low hanging fruit. Shoot to kill, after you kill them and the threat is clear, holster your weapon so you are not shot by the police when they finally show up.`
**Object Id** 10203307087797656

Below is a posting from HAKEY's Facebook page on or about September 13, 2015:

**Time** 2015-09-13 19:02:40 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a status. `I say good ! Let a metric fuck ton of them in !!! Cause they are gonna tip the scales, piss off and unite Americans. It will become open season on military aged Muslims. One more event even close to 9/11 and we will "paint all of Islam with the same brush". So I say bring them !!`
**Object Id** 10205002560929277

Below are additional comments from HAKEY's Facebook page from fall 2015:

10

**Time** 2015-09-22 18:34:45 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a video. `Try that around me ! I will deliver you to the 72 virgins. I fucking HATE Muslims ! Yup I said it !!fuck Allah`
**Object Id** 880435315379717

**Time** 2015-10-17 16:17:38 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a status. `Once a tipping point is reached the Muslims are fucked. Once we start playing  Cowboys and Muslims it's over !!`
**Object Id** 10205165285397287

**Time** 2015-10-29 01:15:02 UTC
**Type** Comments
**Summary** Ted Hakey Jr commented on a photo. `There will be no ROE when the war on Islam starts here !`
**Object Id** 1097329966952968

These social media posts, none of which Hakey disputes he made, evince a biting animus toward Muslims and Islam.

## Analysis of the § 3553(a) Factors

Under 18 U.S.C. § 3553(a), the Court may consider many factors.  In the Government's view, the factors weigh in favor of a term of imprisonment.

### General Deterrence and Just Punishment

The Court must consider in imposing a sentence the need to "afford adequate deterrence to criminal conduct."  18 U.S.C. § 3553(a)(2)(B).  The government believes general deterrence is the most important factor to consider when imposing sentence in this case.  The defendant's attack on the Meriden mosque is, tragically, among many hate crimes that are being committed across the country.  The FBI reports a rise of these types of crimes, which are nothing less than an assault on a particular religion in violation of a basic principle of our Constitution.  This court

should send a clear message to others that assaults on religious property are serious criminal acts that will result in a term of incarceration.

To provide the Court with a somewhat comparative case, a defendant in Florida was sentenced to one year and one day in prison after calling two mosques in Pinellas County, Florida, on the night of the Paris attacks and threatening to firebomb them.  See United States v. Martin Alan Schnitzler, M.D. Fla. Crim. No. 8:16-cr-27-JDW-JSS.  According to the plea agreement in that case, the defendant obstructed, by threat of force, various people in the enjoyment of their free exercise of religious beliefs by leaving threatening voicemails.  One such voicemail said, in part:

> But, I'm basically going through your calendar, and I just wanted to let you know, with all that's coming up, and with what's going on in France, we're tired of your shit.  And, I'm gonna fucking personally have a militia that's going to come down to your Islamic Society of Pinellas County, firebomb you, shoot whoever is there on sight in the head.  I don't care if they're fucking two years old or a hundred.  I'm over your fucking shit, and the whole country is.  Check out Facebook, check out postings.  This act in France is the last straw.  And ha, you know, fuck you.  Fuck Allah.  Fuck your sand nigger fucking (unintelligible).  Get the fuck out of my country.  And my name is Martin Schnitzler.  Come find me, please.  Please report me.  'Cause I would love, love it.  You're going to fucking die, Mah-sed Su-nah, or whatever the fuck your name is.  You fucking sand nigger.

See id., Doc. No. 14.  A second message Schnitzler left for another mosque said, in part: "And we'll see how you like it when somebody firebombs your fucking place and starts shooting people at will in our country."  A subsequent search of the defendant's residence revealed that he did not possess any explosives, weapons or ammunition.  See id.  Both messages are reminiscent of some of Hakey's comments leading up to his crime.  The difference is that Hakey actually

acted upon that hatred and used a high-powered rifle to shoot at his target—conduct that, like

threats, must be taken very seriously and deterred.[4]

The Government provides this information to the Court to show that Hakey's crime was

not an isolated incident of hatred. Instead, it appears to be part of a (sadly) growing trend of

backlash against innocent Muslim Americans for the acts committed by others. It is because of

this trend that general deterrence is particularly important as a sentencing factor in this case: the

Court must acknowledge that hateful and violent acts do not have a place in our diverse

American society.

Likewise, the concept of just punishment also supports an appropriate term of

incarceration. This was s serious crime against innocent victims. It involved a dangerous

weapon. It disrupted a religious community and caused widespread fear and apprehension

immediately after it occurred. All of these facts auger in favor of an appropriate term of

incarceration.

### The Nature and Circumstances of the Offense

The nature and circumstances of the defendant's offense also weigh in favor of a term of

imprisonment. Despite that no one was hurt, the repeated discharge of high-powered weapon at

a building is a serious offense. The fact that a mosque was targeted and the crime was fueled by

hatred casts the offense in an even more disturbing light. The defendant may claim that he was

under the effect of alcohol as a mitigating factor. The facts show, however, that he had control

of his faculties on the night of the shooting. After consuming drinks at a bar in Wallingford, he

---

[4] Additionally, a North Carolina man recently pleaded guilty in the District of New Mexico with obstructing a Muslim woman in the free exercise of her religion in December 2015 when, while both were passengers on an airplane, he pulled her hijab (headscarf) off and stated: "Take it off! This is America!." See United States v. Gill Parker Payne, D. N.M. Crim. No. 1:16-cr-2074-SCY, Doc. No. 3. That defendant has not yet been sentenced.

got in his car and drove to his home in Meriden without incident. He exited the car, made himself

a drink (which he largely did not consume). He then opened his gun safe. He loaded the 9mm

pistol, went outside, and discharged a number of rounds. He then fired additional rounds from

the rifle. He then went to bed. While he did consume alcohol that night, he was clearly not

impaired to the extent that he could not engage in these acts. Further, his attack on the mosque

was not an instantaneous reaction to learning of the Paris attacks. Although he originally told

authorities that he did not learn of the attacks until waking on Saturday morning, electronic

evidence clearly established that he learned of the attacks at about 8:30 p.m. on Friday, on his

way to Wallingford. Approximately four hours would pass before he would fire at the mosque.

Finally, on the day after the shooting, he attempted to disclaim responsibility when speaking with

a friend, demonstrating that he knew his actions were wrongful.

### The History and Characteristics of the Defendant

At the time he was arrested, the defendant's actions and social media posts evinced a

deep hatred and anger directed toward Muslims and Islam as a whole. The defendant, however,

denied any such animus at the time, either as the result of an attempt to deceive law enforcement

(who had not yet discovered many of his electronic statements) or perhaps because he did not

understand how hateful and misguided his statements were. Long-held beliefs sometimes are not

easily changed and in sentencing the defendant the Court should consider addressing this issue

from a rehabilitation perspective. In connection with sentencing, the Government has inquired

whether there are any anti-bias related training programs that the defendant could be sentenced to

attend, as part of supervised release. The Government will provide any relevant information to

the United States Probation Office upon receipt.

Further, it is apparent that the defendant has little problem misleading law enforcement both in this case and other matters. In addition to the false statements he made to law enforcement in this case, he actively misled the state probation office prior to this conviction. As described in the PSR, an individual on state parole came to live with the defendant, who possessed approximately two dozen guns. Prior to the arrival of the parolee, the defendant emptied his house of guns by taking them to his mother's house. The defendant's residence was inspected by a state probation officer, who confirmed there were no guns in the residence. After the parolee moved in, the defendant moved all of the guns back into his house. PSR ¶ 7.

**The Sentence Must Promote Respect for the Law**

The sentence in this case must reflect the seriousness of the offense committed by the defendant and promote respect for the law. Hate crimes are serious offenses that must carry significant consequences to promote respect for the law. This is one of the first federal hate crimes based on religious bias to have been charged in this District. A sentence of incarceration would send a message that hate crimes of this nature will not be tolerated and will be met with swift and serious punishment.

**The Need for Specific Deterrence and Protection of the Public**

Specific deterrence is an important consideration in all cases. The defendant's actions after his guilty plea deserve significant consideration by the court in determining an appropriate sentence. The government does not believe that either specific deterrence or protection of the public are significant factors in this case.

## Conclusion

The FBI reports that hate crimes are on the rise nationwide. This case is evidence of that trend. Here, the defendant repeatedly fired rounds from a high powered rifle at a mosque because of the religious identity of the worshippers. A sentence of incarceration is warranted both as a sign that courts will treat these crimes seriously – especially crimes such as this that involved an act of violence -- and reflect that assaults on religious property are crimes that will not be tolerated in a society protected by a Constitution that guarantees religious freedom.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/

RAY MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20451
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700

/s/

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05529
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2016, a copy of the foregoing was filed electronically and served by fax or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Courts CM/ECF System.


/s

RAY MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No.  Ct20451