September 9, 2015

# *Curriculum Vitae*

**James J. Connolly, JD, PhD   Licensed Psychologist, Attorney at Law**

Areas of Expertise: Psycholegal issue determination; Psychological Evaluations, particularly child protection, child custody, sexual offender and sexual victim issues, competency to stand trial, developmental disabilities, substance abuse issues, dangerousness and violence potential, development of psychopathology, mitigation and sentencing issues in criminal cases.

Date of Birth: April 4, 1950
Office address: 758 Broad Street Extension, Waterford, CT  06385
Office telephone number: 860-442-6218     Office fax number: 860-447-2477

*Education and professional licensure*

| | | | |
|---|---|---|---|
| J. D. | 1998 | Law | The University of Connecticut |
| Ph. D. | 1978 | Psychology | The University of Michigan |
| M. A. | 1975 | Psychology | The University of Chicago |
| B. A. | 1974 | Psychology | The University of Michigan |

Member of Connecticut Bar, Admission Conferred 1999, Juris Number 417119
Licensed Psychologist, State of Connecticut, Conferred 1986, License Number1301

*Professional experience*

1987-present Psychologist in Private Practice, New London and Waterford, CT
1988-present Admitted to several state courts and federal court in Connecticut as an expert in child protection, child custody, sexual abuse, and forensic issues
1999-present Accredited by ABH to perform court-ordered psychological evaluations
2011-present Principal Investigator, Kelly/Connolly Longitudinal Study
2013            Adjunct Professor, Southern Connecticut State University, Taught "Psychology and Law"
2005-2009   Psychological Consultant, Department of Health, State of New Mexico, provided evaluations of sexual victims and sexual offenders
1988-2002   Consulting Forensic Evaluator, Family Advocacy Program, Groton Subase, US Navy
1987-2001   Consulting Psychologist, DMR, State of Connecticut
1994-2001   Eligibility Determiner, NC Region, Department of Mental Retardation (DMR), State of Connecticut
1986-1987   Staff Psychologist, Child and Family Agency, New London, CT
1984-1987   Staff Psychologist, Stonington Institute, North Stonington, CT

*Curriculum Vitae --James J. Connolly, JD, PhD—September 9, 2015—Page 2*

*Professional experience (continued)*

| | |
|---|---|
| 1983-1984 | Assistant Professor of Psychology, Wesleyan University, Middletown, CT |
| 1983 | Visiting Colleague, Institute of Psychiatry, University of London, UK |
| 1981-1983 | Principal Investigator, National Institute on Aging, Grant AG02837 |
| 1978-1981 | Assistant Professor of Psychology, Wesleyan University Middletown, CT |
| 1979-1981 | Consultant, Hazelden Foundation, Center City, MN |
| 1977-1979 | Internship, Hazelden Foundation, Center City, MN |
| 1977-1978 | Consultant, Law School, University of Michigan |

*Honors and Awards*

President's Award, Connecticut Psychological Association, 2014
CALI Award for Academic Excellence, American Legal History, 1995
CALI Award for Academic Excellence, Legal Theory, 1996
CALI Award for Academic Excellence, Health Care Law, 1997
Ellsworth Scholarship, University of Connecticut Law School, 1995
New Investigator Research Award, National Institute on Aging, 1981
Dissertation Award, National Institute on Alcohol Abuse and Alcoholism, 1978
Horace Rackham Fellowship, University of Michigan, 1975
James B. Angell Scholar, University of Michigan, 1971
National Merit Scholarship, 1968

*Professional Memberships and Offices*

American Psychological Association, 1978 – present
Connecticut Psychological Association, 2010 – present
Connecticut Bar Association, 1999 – present
Vice President, Forensic Division, Connecticut Psychological Association, 2012-present
Association of Family and Conciliation Courts, 2012-present
Board of Directors, Connecticut Psychological Association, 2013-present

*Representative Publications: Book*

Gilbert, D. G. & Connolly, J. J. Personality, Social Skills, and Psychopathology,
    1991, Plenum, New York and London, 296 pages.

*Representative Publications: Journal Articles*

Connolly, J. J. (with Jackson, J. J., Garrison, S. M., Leveille, M. M. & Connolly, S. L.)
Your friends know how long you will live: A 75-year study of peer-rated personality traits.
Psychological Science, March 2015, 26(3), 335-340.

*Curriculum Vitae --James J. Connolly, JD, PhD—September 9, 2015—Page 3*

*Representative Publications: Journal Articles (continued)*

Connolly, J. J., Pshirrer, P. & Whitman, R. The alcoholism and angst of Karl Llewellyn. Ohio Northern University Law Review, 1998, 24, 43-124.

Connolly, J. J. & Kelly, E. L. Personality and compatibility: a prospective analysis of marital stability and marital satisfaction. Journal of Personality and Social Psychology, 1987, 52, 27-40.

Connolly, J. J. Longitudinal stability of personality traits: A multitrait-multimethod-multioccasion analysis. Journal of Personality and Social Psychology, 1985, 49, 1266-1282.

Connolly, J. J. Time and temperament. Berkshire Review, 1985, 20, 37-49.

Connolly, J. J. Relation of temporal stability and cross-situational consistency in personality: Comment on the Mischel-Epstein debate. Psychological Review. 91(4), Oct 1984, 491-496.

Connolly, J. J. The hierarchy of consistency: A review and model of longitudinal findings on adult individual differences in intelligence, personality, and self-opinion. Personality and Individual Differences, 1984, 5, 11-26.

Connolly, J. J. Longitudinal consistency of adult personality: Self-reported psychological characteristics across 45 years. Journal of Personality and Social Psychology. 47(6), Dec 1984, 1325-1333.

Connolly, J. J. Personality typology of male and female alcoholics in relation to etiology and prognosis. Journal of Studies on Alcohol, 1983, 44, 996-1010.

Connolly, J. J. The structure of masculinity-femininity: Multidimensionality and Gender differences. Social Behavior and Personality,1981, 9(1), 41-47.

Connolly, J. J. Family configuration as an etiological factor in alcoholism. Journal of Abnormal Psychology, 1980, 89, 670-673.

Connolly, J. J. An MMPI typology of male alcoholics: Profile configuration, admission-discharge comparisons and biodemographic and outcome differences. Journal of Personality Assessment, 1978, 76, 1036-1043.

Connolly, J. J. Sex differences and androgyny in fantasy content. Journal of Personality Assessment, 1978, 76, 1036-1043.

Carrington, P. D. & Connolly, J. J. The alienation of law students. Michigan Law Review, 1977, 75, 887-899.

*Curriculum Vitae --James J. Connolly, JD, PhD—September 9, 2015—Page 4*

*Representative Professional Presentations*

"Regret, Relief, Resilience: Long-term Psychological Effects of Getting Divorced" (with Madeleine Leveille), Connecticut Psychological Association Convention, October 24, 2014.

"What Constitutes an Adequate Level of Consent for a Psychological Child Protection Evaluation?" (with Stephen Humphrey), Invited presentation by State of Connecticut Judicial Branch, Court Support Services Division, September 24, 2014.

"Personality Factors and Longevity: Results of an 80-Year Longitudinal Study," Society for Personality and Social Psychology, February, 2014, Austin, Texas.

"Personality Factors Predictive of Divorce," Society for Personality and Social Psychology, February, 2014, Austin, Texas.

"Interdisciplinary Case Conference," Association of Family and Conciliation Courts, Connecticut Chapter, May 2013.

"Professional Immunity and Responsibility for Forensic Psychological Evaluators," Connecticut Psychological Association, November, 2012.

"The role of psychological experts in divorce litigation," NBI Seminar, August 15, 2008.

"Child custody and shared parenting," NBI Seminar, April 8, 2007.

"Helping your client survive a child custody evaluation," NBI seminar, August 10, 2006.

"Family Preservation," DCF Staff Education Day, Norwich Office, May 4, 2006.

"The child protection psychological evaluation," May Retreat For Assistant Attorneys General Child Protection Section of State Attorney General Office, June, 2004.

"Clinical and actuarial assessment of dangerousness," American Psychological Association, Annual Convention, August, 2002, Chicago, Illinois.

"The duty to warn and the assessment of dangerousness," Connecticut Psychological Association, Annual Convention, September, 2000.

"The psychological assessment of dangerousness," Interdisciplinary Institute, Quinnipiac School of Law, Hamden, CT, October 15, 1998.

"Planning for families of psychologically disabled individuals," Connecticut Annual Conference on Mental Retardation, Meriden, CT, November 1997.